UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00015-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LARRY ALLEN ELKINS JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss the Petition of Keenan Patrick Horton, Jr. For cause, the government argues that petitioner has failed to sign his petition under penalty of perjury as required by 21 U.S.C. § 853(n)(3).

While the government is correct in its statement of law and its characterization of the instant petition, the Court finds the better course of action is to require petitioner to file an amended petition signed under penalty of perjury either by affidavit or declaration.

Petitioner is advised that an affidavit is a writing sworn to before a notary public or another person authorized to administer oaths. A declaration is a writing signed "under penalty of perjury." Petitioner is advised that either an affidavit or a declaration made under penalty of perjury that is not truthful could expose the affiant or declarant to criminal prosecution inasmuch as perjury before this Court is a federal criminal offense.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss the Petition of Keenan Patrick Horton, Jr. (#38) is **DENIED** without prejudice, and petitioner is

instructed to file an Amended Petition that is signed under penalty of perjury within 14 days of entry of this Order.

The Clerk of Court is instructed to mail a copy of this Order to petitioner Keenan Patrick Horton, Jr.

Signed: January 14, 2019

Max O. Cogburn Jr
United States District Judge